*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Duffy Family,LP ) Case No. 24–13324–amc
     )
     )
    Debtor(s). ) Chapter: 11
     )
     )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 18, 2024, this case is hereby DISMISSED.

**Date: October 8, 2024**           _____
                                                                         Ashely M. Chan
                                                                         Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix List of Creditors due 9/25/2024.

Small Business Balance Sheet or a Statement Pursuant to 11:1116(B) that no such document has been prepared is due 9/25/2024.
Small Business Cash Flow Statement or a Statement Pursuant to 11:1116(B) that no such document has been prepared due 9/25/2024.
Small Business Statement of Operations Pursuant to 11:1116(B) that no such document has been prepared due 9/25/2024.
Small Business Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared due 9/25/2024.

List of Equity Security Holders due 10/2/2024.
20 Largest Unsecured Creditors due 10/2/2024.
Proper Form of Petition due 10/2/2024.
Schedules A/B, D, E/F, G, H due 10/2/2024.
Statement of Financial Affairs due 10/2/2024.
Summary of Assets and Liabilities due 10/2/2024.